UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
JUL 0 8 2009
BY_____
DEPUTY CLERK

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | No. | 09-4055 JSB |
| v. | ) | | |
| | ) | | |
| CHRISTOPHER A. SMITH | ) | | |

## MOTION TO UNSEAL COMPLAINT AND WARRANT

The United States moves to have the complaint and arrest warrant filed in this case unsealed due to the fact that the defendant has been arrested.

Respectfully submitted,

EDWARD M. YARBROUGH
United States Attorney for the
Middle District of Tennessee

BY: /s/ Brent A. Hannafan
Brent A. Hannafan
Assistant United States Attorney
110th Avenue South, A961
Nashville, Tennessee 37203
Phone: 615-736-5151

MOTION GRANTED.
/s/ John Bryant, USMJ