AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_Middle_ District of _Tennessee_

UNITED STATES OF AMERICA
v.

CHRISTOPHER A. SMITH

**WARRANT FOR ARREST**

Case Number: 09-4055 JSB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **CHRISTOPHER A. SMITH**
_Name_

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

conspiring with Julie A. Cruz, Christina A. Jaska and with others known and unknown to knowingly and intentionally distribute and to knowingly and intentionally possess with intent to distribute Methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance, and a quantity of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

in violation of Title  21  United States Code, Section(s)  841(a)(1) and 846

John S. Bryant
_Name of Issuing Officer_

United States Magistrate Judge
_Title of Issuing Officer_

_Signature of Issuing Officer:_ John Bryant

7/1/2009    Nashville, Tennessee
_Date and Location_

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

U.S. Courthouse Nashville, TN

| DATE RECEIVED 7-1-2009 | NAME AND TITLE OF ARRESTING OFFICER DEA/TFO Richard L. Williams | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 7-7-2009 | | |