FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
JUL 0 8 2009
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA )
)
v. ) NO. 09-4055 JSB
)
)
Christopher Smith )

## ACKNOWLEDGMENT OF RECEIPT AND REVIEW
## OF NOTICE AND EXPLANATION OF RIGHTS

I, Christopher Smith, hereby state that I have read the foregoing "Important Notice to Defendant and Explanation of Rights and Proceedings" (or that it has been explained to me), that I understand my rights as set forth therein, and that I have been provided with a copy of the foregoing Notice.

Signed in open Court this 7 Day of July, 20 09.

_____
Signature of Defendant

_____
Signature of Counsel

_____John Bryant, USMJ
Signature of Judicial Officer

6